# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    NO. 4:07CR00206-001 SWW

RODOLFO ROBLES-ORACIO

### ORDER

Upon the government's motion to dismiss the indictment pending against the above defendant,

IT IS ORDERED that the government's motion is granted, and the indictment pending in this case hereby is dismissed.

Dated this 11th day of January, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE